UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                         Plaintiff,<br>        v.<br><br>JORGE LUIS FRIAS RAMIREZ,<br><br>                         Defendant. | Case No.:  SACR12-00140-JSL<br><br>ORDER OF DETENTION<br>(FED.R. CRIM. P.32.1(a)(6); 18<br>U.S.C. § 3143(a)) |

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ___CENTRAL___ District of ___CALIFORNIA___ for alleged violation(s) of the terms and conditions of probation or supervised release; and

    Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), the Court finds that:

A.   (x)   The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on the following:

    Background information unknown

    Bail resources unknown

    Non-compliance with U. S. Probation

    Immigration status

1

1  and/or

2  B.   (x)   The defendant has not met his/her burden of establishing by clear and
3             convincing evidence that he/she is not likely to pose a danger to the
4             safety of any other person or the community if released under 18
5             U.S.C. § 3142(b) or (c).  This finding is based on the following:
6        Present allegations
7        Criminal history
8        _____
9        _____
10
11
12  IT THEREFORE IS ORDERED that the defendant be detained pending the further
13  revocation proceedings.
14
15  Dated: January 5, 2015
                                    _____
16                                  HONORABLE KENLY KIYA KATO
                                    United States Magistrate Judge

2